**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MARK GRIFFIN, SR.,**

       **Plaintiff,**

  vs.                                   **Civil Action 2:10-CV-430**
                                           **Judge Graham**
                                         **Magistrate Judge King**

**MICHELLE MILLER,**

       **Defendant.**

<u>**ORDER**</u>

On September 15, 2010, the United States Magistrate Judge recommended that plaintiff's motion for default judgment, Doc. No. 9, be denied. *Report and Recommendation*, Doc. No. 16. Although the parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so, *id.*, there has nevertheless been no objection.

The *Report and Recommendation*, Doc. No. 16, is **ADOPTED AND AFFIRMED**. Plaintiff's motion for default judgment, Doc. No. 9, is **DENIED**.

                                                          S/ James L. Graham
                                                          James L. Graham
                                                          United States District Judge

Date: October 12, 2010