**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MARK GRIFFIN, SR.,**

       **Plaintiff,**

  vs.                                              Civil Action 2:10-CV-430
                                                       Judge Graham
                                                       Magistrate Judge King

**MICHELLE MILLER,**

       **Defendant.**

<u>**ORDER**</u>

On November 2, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that defendant's motion for summary judgment be granted, that plaintiff's motion for summary judgment be denied and that this action be dismissed.  Doc. No. 25. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The defendant's motion for summary judgment is **GRANTED** and plaintiff's motion for summary judgment is **DENIED**.  This action is hereby **DISMISSED.  The Clerk shall enter FINAL JUDGMENT.**

                                                    <u>S/ James L. Graham</u>
                                                    James L. Graham
                                                   United States District Judge

Date: Nov. 29, 2010